| NEW ORLEANS & GULF COAST RAILWAY COMPANY | * | NO. 2020-CA-0493 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | * | FOURTH CIRCUIT |
| AMERICAN MIDSTREAM (LOUISIANA INTRASTATE), L.L.C. AND AMERICAN MIDSTREAM PARTNERSHIP, L.P. | * | STATE OF LOUISIANA |
| | * | |
| | * | |

\* \* \* \* \* \* \*

**LEDET, J., CONCURS WITH REASONS**

I would find that the dispositive issue turns on the relationship between the Pipeline and the Railroad. As the Pipeline points out, "any dispute between a Landowner and [the Pipeline] as to the location of the Pipeline, even if it existed, is not material to any claim [the Railroad] would have against [the Pipeline]." Focusing solely on the relationship between the Pipeline and the Landowners, the trial court dismissed all of the Railroad's claims as to the 98 tracks of land on which the Pipeline has a right-of-way agreement with the Landowners. In so doing, I would find the trial court erred. As the Railroad points out, the trial court failed to determine the extent of the Railroad's rights under the *St. Julien* doctrine and failed to address the contractual and possessory action theories that the Railroad pleaded. These other issues presented disputed factual issues, which the trial court inappropriately dismissed on summary judgment.

For these reasons, I respectfully concur.